Dawn A. McIntosh (SBN: 162713)
dmcintosh@meyersnave.com
James M. Casso (SBN: 146423)
jcasso@meyersnave.com
Kevin Gilbert (SBN 209236)
kgilbert@meyersnave.com
MEYERS, NAVE, RIBACK, SILVER & WILSON
333 South Grand Avenue, Suite 1670
Los Angeles, California  90071
Telephone: (213) 626-2906
Facsimile: (213) 626-0215

Attorneys for Defendant
CAL-SUNGOLD, INC.

**JS-6**

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| REYBURN COMPANIES, LLC., a Delaware limited liability company,<br><br>            Plaintiff,<br><br>    v.<br><br>CAL-SUNGOLD, INC., a California corporation; and JUST PALM TREES, a foreign entity,<br><br>            Defendant. | CASE NO. EDCV09-00492-VAP(PLAx)<br><br>ORDER RE  DISMISSAL OF ACTION WITH PREJUDICE<br><br>Hon. Virginia A. Phillips |

1  Pursuant to the Stipulation for Dismissal of the Action with Prejudice,
2  submitted by plaintiff Reyburn Companies, LLC and defendant Cal-Sungold, and
3  good cause appearing therefore,
4  IT IS HEREBY ORDERED the above-entitled action, including all claims
5  and allegations set forth therein, is hereby dismissed with prejudice pursuant to
6  Federal Rules of Civil Procedure, Rule 41(a)(2).
7  DATED: April 14, 2009

_____
HON. VIRGINIA A. PHILLIPS
JUDGE, UNITED STATES DISTRICT COURT

1218583.1\1333.003